

# Missouri Court of Appeals
## Southern District

**DECEMBER 2, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33629

      Re:    BANK OF AMERICA, N.A.,
             Plaintiff-Respondent,
             vs.
             AMY J. TAPPRICH, a/k/a AMY J.
             COOPER,
             Defendant-Appellant.